Alexander Chen, SBN 245798
William R. Walz, SBN 136995
Theodore Lee SBN 281475
**InHouse Co. Law Firm**
7700 Irvine Center Drive, Suite 800
Irvine, California 92618
Telephone: 714-932-6659
Facsimile: 714-882-7770

Attorneys for Plaintiff,
Eagle Eyes Traffic Industry USA Holding LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **EAGLE EYES TRAFFIC INDUSTRY USA HOLDING, LLC,** a Nevada limited liability company, | Case No.: CV 17-6710-GW(JCx) <br> Assigned To: Hon. George H. Wu |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| **DNA MOTOR INC.**, a California Corporation, | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

ORDER

- 1 -

Pursuant to the parties' Stipulated Motion to Dismiss with Prejudice, it is hereby **ORDERED** that:

1. All claims in this action by Plaintiff, EAGLE EYES TRAFFIC INDUSTRY USA HOLDING, against Defendant DNA MOTOR Inc. are DISMISSED WITH PREJUDICE;

2. Each party will bear his own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 15, 2018

_____
GEORGE H. WU, U.S. DISTRICT JUDGE